United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Anthony M. Diegel  
    Debtor

Case No. 24-12778-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 1  
Date Rcvd: Aug 27, 2024     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

**Recip ID     Recipient Name and Address**  
db     + Anthony M. Diegel, 612 N. Shady Retreat Road, #14, Doylestown, PA 18901-2545

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2024 at the address(es) listed below:**

**Name     Email Address**

KENNETH E. WEST  
    ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL KULDINER  
    on behalf of Creditor LMK Equities  LLC michael@phillyesq.com

MICHAEL SETH SCHWARTZ  
    on behalf of Debtor Anthony M. Diegel msbankruptcy@gmail.com  schwartzmr87357@notify.bestcase.com

United States Trustee  
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                    :         Chapter 13

**Anthony M. Diegel,**                                      :

                Debtor.                     :         Case No. 24-12778 (PMM)

_____

## **ORDER**

**AND NOW**, upon consideration of the Motion for Relief (doc. #11, the "Motion") filed by LMK Equities, LLC;

AND the Motion having been noticed for a hearing on September 11, 2024;

BUT the Notice of Motion (doc. #16) having provided a response period that does not conform with Local Rule 9014-3(h);

It is therefore hereby **ordered** that:

1)    The Certificate of no Response (doc. #18) is **stricken**;

2)    Interested parties may respond to the Motion **on or before September 3, 2024**; and

3)    A hearing with regard to the Motion will be held, as scheduled, on **Wednesday, September 11, 2024 at 1:00 p.m.** in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107.

Dated: 8/27/24

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge