IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: ANTHONY M. DIEGEL | : UNITED STATES BANKRUPTCY |
| DEBTOR | : COURT FOR THE EASTERN DISTRICT |
| | : OF PENNSYLVANIA |
| | : Case No.: 24-12778-pmm |
| | : |

## ORDER VACATING THE AUTOMATIC STAY

Upon the Motion of LMK Equities, LLC, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code Section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P. Rule 4001(a)(3) to permit the Movant to pursue the movant's rights in the Property located at 612 N. Shady Retreat Road, Unit 14, Doylestown, PA 18901 to the extent and in the manner provided by an any applicable contract documents and non-bankruptcy law.

**Date: September 10, 2024**

/Patricia M. Mayer/
United States Bankruptcy Judge