United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 24-12778-pmm
Anthony M. Diegel     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 1
Date Rcvd: Sep 10, 2024     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**   **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony M. Diegel, 612 N. Shady Retreat Road, #14, Doylestown, PA 18901-2545 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 12, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL KULDINER | on behalf of Creditor LMK Equities LLC michael@phillyesq.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Anthony M. Diegel msbankruptcy@gmail.com schwartzmr87357@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ANTHONY M. DIEGEL<br>DEBTOR | : UNITED STATES BANKRUPTCY<br>: COURT FOR THE EASTERN DISTRICT<br>: OF PENNSYLVANIA<br>: Case No.: 24-12778-pmm<br>: |

### ORDER VACATING THE AUTOMATIC STAY

Upon the Motion of LMK Equities, LLC, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code Section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P. Rule 4001(a)(3) to permit the Movant to pursue the movant's rights in the Property located at 612 N. Shady Retreat Road, Unit 14, Doylestown, PA 18901 to the extent and in the manner provided by an any applicable contract documents and non-bankruptcy law.

**Date: September 10, 2024**

_Patricia M. Mayer_
United States Bankruptcy Judge