**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| | : |
| Anthony M. Diegel | : |
| Debtor | : Bankruptcy No. **24-12778 PMM** |

**CERTIFICATE OF SERVICE**

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that Debtor's Amended Chapter 13 Plan sent on September 27, 2024, by electronic notification and/or United States First Class Mail to the Office of the Trustee, and all secured and priority creditors using the addresses listed in the claims register.

\s\ **Michael Schwartz**
**MICHAEL SCHWARTZ, ESQUIRE**
**Attorney for Debtor**