**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    **Anthony M. Diegel**    : Chapter 13
                **Debtor**         :
                                   :
                                   : Bankruptcy No. 24-12778 PMM

**PRAECIPE TO AMEND DEBTOR'S ADDRESS**

TO THE CLERK OF UNITED STATES BANKRUPTCY COURT:

Kindly amend Debtor's address to the following:

> 1090 Rozel Ave
> Southampton, PA 18966

DATED:  November 21, 2024         /s/ Michael Schwartz
                                  **MICHAEL SCHWARTZ, ESQUIRE**
                                  Attorney for Debtor