United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Anthony M. Diegel  
    Debtor

Case No. 24-12778-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Nov 21, 2024      Form ID: 155      Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Anthony M. Diegel, 612 N. Shady Retreat Road, #14, Doylestown, PA 18901-2545 |
| 14914418 | + | Bucks County Water and Sewer, 1275 Almshouse Road, Warrington, PA 18976-1295 |
| 14914420 | | Doylestown Commons, c/o Associa Mid Atlantic, PO Box 60005, Newark, NJ 07101-8052 |
| 14914423 | + | Karin Schweiger, Esquire, 2011 Renaissance Blvd., Suite 100, King of Prussia, PA 19406-2782 |
| 14914424 | | Leopold & Associates (Nicholas RakerEsq), 275 Hollow Road, Building 1, Suite 280, Pittsburgh, PA 15236 |
| 14914425 | + | Michael Kuldiner, Esquire, 922 Bustleton PIke, 1st Fl, Feasterville, PA 19053-6000 |
| 14914426 | + | PECO Bankruptcy Group, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14921494 | + | Pennymac Loan Services, LLC, C/O Denise Carlon, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14914417 | + | Email/Text: jvalencia@amhfcu.org | Nov 22 2024 00:14:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14916843 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2024 00:15:38 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14914419 | + | Email/Text: EBN@thecmigroup.com | Nov 22 2024 00:12:00 | Credit Management, 6080 Tennyson Pkwy, Suite 100, Plano, TX 75024-6002 |
| 14914421 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 22 2024 00:13:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 14928243 | ^ | MEBN | Nov 22 2024 00:08:11 | First National Bank of Omaha c/o BQ & Associates, 14211 Arbor Street, Suite 100, Omaha, NE 68144-2312 |
| 14914422 | ^ | MEBN | Nov 22 2024 00:08:16 | Homebridge Financial, Attn: Bankruptcy, Po Box 100078, Duluth, GA 30096-9377 |
| 14920908 | ^ | MEBN | Nov 22 2024 00:07:54 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14920386 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 22 2024 00:16:20 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14914428 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 22 2024 00:15:19 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14914427 | + | Email/PDF: ebnotices@pnmac.com | Nov 22 2024 00:16:18 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14925908 | + | Email/PDF: ebnotices@pnmac.com | | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Nov 21, 2024 | Form ID: 155 | Total Noticed: 23

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 22 2024 00:26:28 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14914429 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Nov 22 2024 00:13:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 14914430 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 22 2024 00:27:20 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14933145 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 22 2024 00:26:32 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14914431 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 22 2024 00:12:00 | Verizon, PO Box 489, Newark, NJ 07101-0489 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL KULDINER | on behalf of Creditor LMK Equities LLC michael@phillyesq.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Anthony M. Diegel msbankruptcy@gmail.com schwartzmr87357@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>　Anthony M. Diegel<br><br>　Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−12778−pmm<br><br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: November 21, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court